UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RODMAN & RENSHAW, LLC,                  Case No. 08 CIV 6509 (NRB)(DFE)
                Plaintiff,              AFFIDAVIT OF SERVICE

    -against-

BLACKWATER CAPITAL GROUP,
INC.,
                Defendant.
------------------------------------X
STATE OF ILLINOIS )
                  s.s.:
COUNTY OF COOK    )


   ROBERT C. REGALDO, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 24th day of July, 2008, at approximately 3:00 p.m., deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practice Rules of Judge Buchwald, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Electronic Case Filing Rules & Instructions dated May 28, 2008 and the Individual Practice Rules of Magistrate Judge Eaton upon Blackwater Capital Group, Inc. at 373 Sunset Road, Winetka, Illinois by by personally delivering and leaving the same with Shalome Patrick, Manager, who informed deponent that he is authorized to accept service at that address.

   Shalome Patrick is a white male approximately 35 years of age, stands approximately 5 feet, 6 inches tall, weighs approximately 150 pounds with brown hair.


                                    Sworn to before me this
                                    28 day of July, 2007.


_____      _____
ROBERT C. REGALDO                   NOTARY PUBLIC

                    OFFICIAL SEAL
                    THOMAS F DOLAN III
                    NOTARY PUBLIC - STATE OF ILLINOIS
                    MY COMMISSION EXPIRES:05/12/09