AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern　　　DISTRICT OF　　　New York

## APPEARANCE

Case Number:  08 CV 6509

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Rodman & Renshaw, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/21/2008 | *(signature)* |
| Date | Signature |
| | Jessica Taran — JT1978 |
| | Print Name — Bar Number |
| | 675 Third Avenue, 9th Floor |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (212) 421-2233 — (212) 752-6380 |
| | Phone Number — Fax Number |